[No. 12943-4-II.  Division Two.  September 5, 1990.]

MARTIN SCHECHERT, ET AL, *Appellants*, v. POULSBO
CREEK CHOP & FISH HOUSE, ET AL,
*Defendants*, WARREN F. TYTLER,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-2-02094-1, Leonard W. Kruse, J., entered May 19, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 13277-0-II.  Division Two.  September 5, 1990.]

BEADY PEARL BANKSTON, *Appellant*, v. KIWACKO
RUDD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87-2-01365-6, J. Kelley Arnold, J., entered September 15, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 12640-1-II.  Division Two.  September 5, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
W. AUSTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 88-1-00682-2, Thomas L. Lodge, J., entered February 23, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.